# EXHIBIT 6

## Administrative Fee

|  | Current<br>01/01/2002 - 12/31/2002 | Renewal<br>01/01/2003 - 12/31/2003 | Adjustment |
|---|---|---|---|
| Monthly Per Contract | $33.41 | $35.08 | 5.00% |

Your BCBSM Administrative Fee is all-inclusive. Your fee includes all of these advantages and more:

- HIPAA Certificates
- Benefit Books
- ID Cards
- Employee Communications
- Claims Processing
- Check Writing
- Local Account Representatives
- Utilization Management Reports
- Precertification
- Utilization Review
- Case Management
- Membership Processing
- Actuarial Services
- Anti-Fraud Services
- Cost Containment
- Group Conversion Privileges
- Customer Service Representatives
- Blue HealthLine

## Stop - Loss

| $75,000 Specific<br>& 120% Aggregate | Current<br>01/01/2002 - 12/31/2002 | Renewal<br>01/01/2003 - 12/31/2003 | Adjustment |
|---|---|---|---|
| Monthly Fee Per Contract | $33.76 | $41.34 | 22.45% |
| Aggregate Attachment Point | $5,804 | $6,652 | 14.61% |

Specific stop-loss protects against individual catastrophic claims paid during the plan year. Aggregate stop-loss protects against high claims for your group in total. Your stop-loss protection covers your Medical benefits (Facility and Physician) for both Specific and Aggregate.

### BCBSM Stop-Loss Advantages:

* Administered on a per contract basis (i.e., a family of five is capped at $75,000 rather than each family member capped at $75,000 each)

* Guaranteed renewal
* No need to coordinate reimbursement with a third party
* Immediate credit for any contract that exceeds the specific stop-loss limit
* Pooled excess claims never affect future renewal rates